## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

James Burns, as Trustee for the heirs and next, of kin of Michele Burns, deceased,

        Plaintiff,

vs.

Life Insurance Company of North America,

        Defendant.

Civil No. 06-1165 (RHK/AJB)

**NOTICE OF TRIAL AND
SCHEDULE FOR SUBMISSION
OF TRIAL MATERIALS**

---

The above matter is deemed ready for trial before the undersigned as of May 1, 2007, in St. Paul, Minnesota.

The trial materials listed below are to be **EXCHANGED AND FILED** in accordance with the following schedule:

By <u>April 13, 2007</u>:

    (1)    All "documents to be submitted for trial" as required by Local Rule 39.1(b);

    (2)    Designation and copies of proposed deposition testimony;

    (3)    Motions in Limine with supporting briefs; and

    (4)    Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By <u>April 19, 2007</u>:

    (1)    Responsive Briefs to Motions in Limine;

    (2)    Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3)     Replies to Trial Briefs.

By <u>April 24, 2007</u>:  Responses to the Written Objections.

Dated:  February 8, 2007

<u>s/Richard H. Kyle</u>
RICHARD H. KYLE
United States District Judge