UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| James Burns, as Trustee for the heirs and next of kin of Michele Burns, deceased, | Civil No. 06-1165-(RHK-AJB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Life Insurance Company of North America, | |
| Defendant. | |

---

Pursuant to the Stipulation of Dismissal with Prejudice executed by Plaintiff James Burns, as Trustee for the heirs and next of kin of Michele Burns, deceased, and Defendant Life Insurance Company of North America,

**IT IS HEREBY ORDERED** that judgment be entered **DISMISSING** the Plaintiff's claims against Defendant, with prejudice, and without costs or disbursements being assessed or charged to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 12, 2007

                                s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge